ACCEPTED
06-15-00196-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 3:03:49 PM
DEBBIE AUTREY
CLERK

## No. 15-0172X

| | | | |
|---|---|---|---|
| STATE OF TEXAS, | | § | IN THE 71ST DISTRICT |
| | *Plaintiff* | § | |
| | | § | |
| Vs. | | § | COURT OF |
| | | § | |
| DEVIN MITCHELL, | | § | |
| | *Defendant* | § | HARRISON COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 3:03:49 PM
DEBBIE AUTREY
Clerk

### DEFENDANT'S AMENDED NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.2, Defendant, Devin Mitchell, gives notice of his desire to appeal from the Judgment and resulting sentence (and all orders leading thereto) on November 6, 2015, for two criminal felony convictions in cause number 15-0172X, *The State of Texas v. Devin Mitchell*, in the Harrison County 71st District Court to the Sixth District Court of Appeals in Texarkana, Texas.

The trial court judge has certified his right appeal. *See* Tex. R. App. P. 25.2(a)(2).

Respectfully Submitted,

*Miller, James, Miller & Hornsby, L.L.P.*

By: _____
Troy Hornsby
Texas State Bar Number 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711, f. 903.792.1276

Attorney for Defendant/Appellant
Devin Mitchell

## CERTIFICATE OF SERVICE

This is to certify that on November 19, 2015 a true and correct copy of the above and foregoing *Defendant's Amended Notice of Appeal* has been forwarded by U.S. mail on all counsel of record and other interested parties listed below:

**Appellant**
Devin Mitchell
c/o Harrison County Jail
P.O. Box
Marshall, Texas

**Trial Court Judge**
Honorable Brad Morin
71st Judicial District Court
Harrison County Courthouse
200 West Houston, Suite 219
Marshall, Texas 75670

**State's Attorney**
Coke Solomon
Shawn Connally
Harrison County District Attorney
P. O. Box 776
Marshall, Texas 75671-0776

**Defendant's Trial Attorney**
Scott Rectenwald
110 W. Fannin Street
Marshall, Texas 75670

Troy Hornsby